City of Chicago, appellee, v. Eagle Taxi Company et al., appellants. Gen. No. 37,220.

 Opinion filed December 29, 1933.

Julian C. Ryer, for appellants. William H. Sexton, Corporation Counsel, for appellee; Joseph F. Grossman and Martin H. Foss, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.